UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANETT QUINTERO PEREZ _____ <br> Plaintiff(s), <br><br> v. <br><br><br> ANTONE MONIZ, PATRICIA HYDE, MICHAEL KROL, TODD M LYONS, KRISTI NOEM and PAMELA BONDI _____ <br> Defendant(s). | Civil Action No. 26-10179-JEK |

**JUDGMENT**

**KOBICK, D.J.**

☐    Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒    Decision by the Court: In accordance with the Court's Electronic Order dated January 23, 2026, [ECF 11], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Janett Quintero Perez.

Dated: February 2, 2026

/s/ Haley Currie

Deputy Clerk